UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC KELLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. |
| CAROLYN W. COLVIN, et al., | ) 15-11208-IT |
| | ) |
| Defendants. | ) |

**ORDER**

**TALWANI, D.J.**

Eric Kelley ("Kelley") initiated this action against the Social Security Administration while he was incarcerated at the Suffolk County House of Correction. Kelley did not pay the filing fee or file a motion for leave to proceed without prepayment of the filing fee.

The following month, on April 24, 2015, Kelley filed several motions and a notice of change of address advising the court that he will be released to the Shattuck Shelter in Jamaica Plain on April 27, 2015.

By Procedural Order dated June 1, 2015, the Court sought to direct Kelley that he must either pay the filing fee or file a motion for leave to proceed in forma pauperis and that failure to do so may result in dismissal of this action. The Clerk mailed a copy of the Procedural Order to Kelley at the Shattuck Day/Work Program at the Shattuck Hospital in Jamaica Plain. The Court's records indicate that the order was returned to the court as undeliverable.

Although Kelley provided a notice of change of address in April, he has failed to keep the court informed of his new address as required under this Court's local rules. *See* District of

Massachusetts Local Rule 83.5.2(e) (requiring pro se litigants to notify the clerk of any change of address). To date, Kelley also has not paid the filing fee or filed a motion for leave to proceed in forma pauperis.

Based upon the foregoing, it is hereby ORDERED this action is DISMISSED without prejudice.

**So ordered.**

                                          /s/ Indira Talwani
                                          Indira Talwani
                                          United States District Judge

Dated: August 6, 2015